**IN THE UNITED STATES DISTRICT COURT**
**for the District of Rhode Island**

**INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS** CA 05 187 ML

**Plaintiffs,**

**vs.** **Civil Action No. ________**

**TREASURER OF THE UNITED STATES;**
**EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE;**
**ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND**
**ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS**

**Defendants,**

**IRREVOCABLE ASSIGNMENT**
**OF**
**40% CONTRACT RIGHTS**
**(as described in Complaint)**
**TO THE**
**REGISTRY OF THE COURT**
**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

**Contemporaneously with the filing of the within Complaint, Infinite Prism, Inc. d/b/a Fine Art Metropolis, the plaintiff in the within action, ("Assignor") hereby irrevocably assigns, transfers and sets over to Registry of the Court, United States District Court for the District of Rhode Island ("Registry of Court"), all right, title, and interest held by the Assignor-plaintiff in and to the following described intangible personal property, having a value of not less than $500:**

> **40% Contract Rights as described in the within Complaint (*e.g.*, Sections 15-18 of Complaint, referring to the Fine Art—St. George Agreement, Exhibit "A" to the Complaint).**

**The Assignor-plaintiff hereby assumes and agrees to execute such further instruments and documents as may be ordered by the Court, if any, in order to fully, completely, and irrevocably assign such 40% Contract Rights to the Registry of the Court.**

**The Registry of the Court, until further order of this Court, shall be entitled to all money to be paid under the contract that constitute such 40% Contract Rights, which rights are assigned hereunder. The Assignor-plaintiff further covenants that it shall make no other distributions pursuant to the 40% Contract Rights until further order of this Court.**

**This assignment shall be binding upon the Assignor-plaintiff its successors and assigns.**

**Signed this** 2 **day of** May**, 2005.**

**Infinite Prism, Inc. d/b/a Fine Art Metropolis**

**By** ______________________________
**Its President**

**EXCERPT OF CORPORATE RESOLUTION**

**Infinite Prism, Inc. d/b/a Fine Art Metropolis, adopted the following resolution by the unanimous consent of its shareholders:**

> ***Resolved:*** **that the corporation irrevocably assign to the Registry of Court, the United States District Court, for the District of Rhode Island, the 40% Contract Rights; and**
>
> ***Resolved:*** **that the president of the corporation, Robert A. Schattle, is hereby authorized, directed, and empowered to do all things necessary—such as executing a written assignment irrevocably conveying such 40% Contract Rights to the Registry of the Court, as aforesaid—to effectuate such resolution.**

**I hereby certify that said resolutions have not have been modified and are in full force and effect.**

**Robert A. Schattle, President**
**Infinite Prism, Inc. d/b/a Fine Art Metropolis**

**Dated:** May 2 2005

**Infinite Prism Inc. d/b/a Fine Art Metropolis**

**By its Attorney,**

**Moore & Bogosian**

**By**
**Paul J. Bogosian, Jr., Esq.**
**RI Bar #2233**
**49 Weybosset Street**
**Providence, RI 02903**
**Voice 455-2020**
**Fax 455-2022**

**Del Sesto Law Corporation**

**By** Ronald W. Del Sesto
**Ronald W. Del Sesto, Esq.**
**RI Bar #242**
**49 Weybosset Street**
**Providence, RI 02903**
**Voice 401.421.1492**
**Fax 401.421.9080**
**Email: Litigation@in-RI.net**