UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ***INFINITE PRISM, INC. D/B/A FINE ART METROPOLIS*** <br><br> Plaintiff/Petitioner | *Hearing Date:* <br><br> CAUSE NO. <br> **05-187ML** |
| vs. <br> **TREASURER OF THE UNITED STATES; ET AL.,** <br><br> Defendant/Respondent | AFFIDAVIT OF SERVICE OF: <br> **SUMMONS IN A CIVIL CASE;COMPLAINT FOR STATUTORY INTERPLEADER;MOTION FOR STATUTORY LEAVE TO IRREVOCABLY ASSIGN CONTRACT RIGHTS TO FUTURE REVENUES INTO THE REGISTRY OF THE COURT PURSUANT TO FED. R. CIV. P. 67 AND 28 U.S.C. 1335 (A)(2);IRREVOCABLE ASSIGNMENT OF 40% CONTRACT RIGHTS TO THE REGISTRY OF THE COURT U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **23rd day of May, 2005, at 10:25 AM**, at the address of **150 S MAIN Street , PROVIDENCE**, **Providence County, RI** ; this affiant served the above described documents upon **ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Richard Woolley Esq**, . authorized to accept

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of RI that the statement above is true and correct.

Ernest W Legault

**Ernest W Legault, Reg. # 6133, USA Rhode Island**

SUBSCRIBED AND SWORN to before me this 24th day of May, 2005

47535 John HATHAWAY

NOTARY PUBLIC in and for the State of **Rhode Island** 1-24-09

| | | |
|---|---|---|
| ABC's Client Name <br> **PFI MISC M** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3698473** |