UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **INFINITE PRISM, INC. D/B/A FINE ART METROPOLIS**<br>Plaintiff/Petitioner<br>vs.<br>**TREASURER OF THE UNITED STATES; ET AL.,**<br>Defendant/Respondent | Hearing Date:<br>CAUSE NO.<br>**05-187ML**<br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE;COMPLAINT FOR STATUTORY INTERPLEADER;MOTION FOR STATUTORY LEAVE TO IRREVOCABLY ASSIGN CONTRACT RIGHTS TO FUTURE REVENUES INTO THE REGISTRY OF THE COURT PURSUANT TO FED. R. CIV. P. 67 AND 28 U.S.C. 1335 (A)(2);IRREVOCABLE ASSIGNMENT OF 40% CONTRACT RIGHTS TO THE REGISTRY OF THE COURT U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **18th day of May, 2005, at 2:20 PM**, at the address of **1500 PENNSYLVANIA Avenue NW, WASHINGTON, Dist of Columbia County, DC** ; this affiant served the above described documents upon **TREASURER OF THE UNITED STATES DEPARTMENT OF THE TREASURY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Randall Pinkney, Mailroom Supervisor, B/M, 6'0", 200 lbs, black hair, mustache, 30's**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Rhode Island that the statement above is true and correct.

[signature]

**Eddie W. Null, Sr.**

SUBSCRIBED AND SWORN to before me this 18th day of May, 2005

[signature]

NOTARY PUBLIC in and for the State of **Virginia**

MY COMMISSION EXPIRES: 12/31/05

ABC's Client Name
**PFI MISC M**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3698468**