**IN THE UNITED STATES DISTRICT COURT**
**for the District of Rhode Island**

**INFINITE PRISM, INC.**
**d/b/a FINE ART METROPOLIS**

**vs.** **Civil Action No. 05-187ML**

**TREASURER OF THE UNITED STATES;**
**EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE;**
**ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND**
**ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS**

# AFFIDAVIT OF NOTICE BY CERTIFIED MAIL

**I, Ronald W. Del Sesto, upon oath depose and state as follows:**

**I sent copies of the following:**

**(i) Complaint;**

**(ii) Motion for Statutory Leave to Irrevocably Assign Contract Rights to Future Revenues into the Registry of the Court Pursuant to Fed. R. Civ. P. 67 and 28 U.S.C. §1335(a)(2);**

**(iii) Irrevocable Assignment of 40% Contract Rights (as described in Complaint) to the Registry of the Court United States District Court for the District of Rhode Island; and**

**(iv) Summons**

**by certified mail, postage prepaid, to each of those below-listed:**

**(1) Treasurer of the United States;**

**(2) Attorney General of the United States; and**

**(3) The United States Attorney's Office, Providence.**

**Copies of the certified mail proofs of service are attached.**

**Ronald W. Del Sesto**

***State of Rhode Island***
***County of Providence***

**Subscribed and sworn to before me this 22nd day of June, 2005.**

**Notary Public**

JANICE SPAGNOLI McCORMICK
Notary Public No. 16037
Commission Expires August 27, 2005

# Track & Confirm

**Current Status**

You entered 7195 6234 8190 0000 0865

Your item was delivered at 8:11 am on May 16, 2005 in WASHINGTON, DC 20220.

*Shipment Details >*

RECEIPT

7195 6234 8190 0000 0865

FROM:

Del Sesto Law
Rik Schattle

SEND TO:

Treasurer of the United States
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D. C. 20220

FEES:

| | |
|---|---|
| Postage | 1.06 |
| Certified Fee | 2.30 |
| Special Restricted Receipt | 1.75 |
| TOTAL | $ 5.11 |

POSTMARK OR DATE

RECEIPT
7195 6234 8190 0000 0889

FROM:
Del Sesto Law
RE: Schattle

SEND TO:
Attorney General of the United S
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 2 20530-0001

FEES:
Postage 1.06
Certified Fee 2.30
Special
Restricted
Receipt 1.75
TOTAL $
POSTMARK OR DATE

PROVIDENCE ANNEX STA. 02903 MAY 16 2005

DEL SES[illegible]
49 WEY[illegible] STREET
PROVID[illegible] 02903

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type
CERTIFIED

2. Article Number
7195 6234 8190 0000 088

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐Addressee or ☐Agent)
X [signature]

B. Received By: (Please Print Clearly)
MAY 16 2005

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

7195 6234 8190 0000 0889

1. Article Addressed To:

ATTORNEY GENERAL OF THE UNITED
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 2 20530-0001

RECEIPT
7195 6234 8190 0000 0896

FROM:
Del Sesto Law
RE: Schattle

SEND TO:
United States Attorney's Office
Attention: Civil Process Clerk
50 Kennedy Plaza
Providence RI 02903

FEES:
Postage 1.06
Certified Fee 2.30
Special
Restricted
Receipt 1.75
TOTAL $5.11
POSTMARK OR DATE

ANNEX STA 02903 MAY 9 2005

DEL SESTO LAW
49 WEYBOSSET STREET
PROVIDENCE, RI 02903

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type
CERTIFIED

2. Article Number
7195 6234 8190 0000 0896

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐Addressee or ☐Agent)
Nicole Cullen

B. Received By: (Please Print Clearly)
Nicole Cullen

C. Date of Delivery
5-10-05

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

7195 6234 8190 0000 0896

1. Article Addressed To:

UNITED STATES ATTORNEY'S OFFICE
ATTENTION: CIVIL PROCESS CLERK
50 KENNEDY PLAZA
PROVIDENCE RI 02903

5/10

5/11