UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **INFINITE PRISM, INC. D/B/A FINE ART METROPOLIS**<br><br>Plaintiff/Petitioner | Hearing Date:<br><br>CAUSE NO.<br>**05-187ML** |
| vs.<br>**TREASURER OF THE UNITED STATES; ET AL.,**<br><br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE;COMPLAINT FOR STATUTORY INTERPLEADER;MOTION FOR STATUTORY LEAVE TO IRREVOCABLY ASSIGN CONTRACT RIGHTS TO FUTURE REVENUES INTO THE REGISTRY OF THE COURT PURSUANT TO FED. R. CIV. P. 67 AND 28 U.S.C. 1335 (A)(2);IRREVOCABLE ASSIGNMENT OF 40% CONTRACT RIGHTS TO THE REGISTRY OF THE COURT U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **15th day of June, 2005, at 10:54 AM**, at the address of **555 ELM Street , NORTH ATTLEBORO, Bristol County, MA** ; this affiant served the above described documents upon **EDWARD ST. GEORGE, JR., ADMINISTRATOR, ESTATE OF MICHAEL W. ST. GEORGE**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John P. Polis, Esquire, White male, 60's, grey hair, 5'11", 180-190 lbs.**, person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of MA that the statement above is true and correct.

**Daniel Dalton, Reg. # Constable, MA**

SUBSCRIBED AND SWORN to before me this 15th day of June, 2005

NOTARY PUBLIC in and for the State of **Massachusetts**

ABC's Client Name
**PFI MISC M**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3698472**

KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008

IN THE
UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **INFINITE PRISM, INC. D/B/A FINE ART METROPOLIS**<br><br>Plaintiff/Petitioner | Hearing Date:<br><br>CAUSE NO.<br>**05-187ML** |
| vs.<br>**TREASURER OF THE UNITED STATES; ET AL.,**<br><br>Defendant/Respondent | AFFIDAVIT OF NON SERVICE:<br>**SUMMONS IN A CIVIL CASE;COMPLAINT FOR STATUTORY INTERPLEADER;MOTION FOR STATUTORY LEAVE TO IRREVOCABLY ASSIGN CONTRACT RIGHTS TO FUTURE REVENUES INTO THE REGISTRY OF THE COURT PURSUANT TO FED. R. CIV. P. 67 AND 28 U.S.C. 1335 (A)(2);IRREVOCABLE ASSIGNMENT OF 40% CONTRACT RIGHTS TO THE REGISTRY OF THE COURT U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **EDWARD ST. GEORGE, JR., ADMINISTRATOR, ESTATE OF MICHAEL W. ST. GEORGE** at the address of: **633 E WASHINGTON Street , NORTH ATTLEBORO, Bristol County, MA** , and was unable effect service for the following reasons:

**Attempted 05/26/2005, 13:26. Address is a mobil home park, No St. George on any mailbox. No Pollis or St. George on #17, name is Stephenson.**

DATED this **1st day of June, 2005.**

______________________________
**Daniel Dalton, Reg. # Constable, MA**

SUBSCRIBED AND SWORN to before me this 1st day of June, 2005

______________________________
NOTARY PUBLIC in and for the State of **Massachusetts,**
Residing at: ____________________
My Commission Expires: ____________

ABC's Client Name
**PFI MISC M**

ORIGINAL PROOF OF SERVICE

KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008

KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008

ABC Tracking #: **3698472**