UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRISM, INC. D/b/a/ FINE ART METROPOLIS,

Plaintiff,

V.

TREASURER OF THE UNITED STATES,
EDWARD ST. GEORGE, JR, IN HIS CAPACITY AS
ADMINISTRATOR OF THE ESTATE OF
MICHAEL ST. GEORGE,
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND, AND
ATTORNEY GENERAL FOR THE
COMMONWEALTH OF MASSACHUSETTS,

Defendants.

Civil Action No. 05-187-ML

**UNITED STATES' MOTION TO DISMISS**

The United States of America, improperly named and sued as "Treasurer of the United States," hereby moves to dismiss this action, based upon a lack of subject matter jurisdiction. The plaintiff does not allege an amount in controversy of more than $75,000 and there is only one "citizen" named as a claimant, therefore there can be no diversity of citizenship, and no subject matter under 28 U.S.C. § 1335.

In support of its motion, the United States relies upon its memorandum of law submitted herewith.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant U.S. Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 12 day of July, 2005:

Paul J. Bogosian, Jr., Esq.
Moore & Bogosian
49 Weybosset Street
Providence, RI 02903

Ronald W. Del Sesto, Esq.
Del Sesto Law Corp.
49 Weybosset Street
Providence, RI 02903

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRISM, INC. D/b/a/ FINE ART METROPOLIS,

Plaintiff,

V.

TREASURER OF THE UNITED STATES,
EDWARD ST. GEORGE, JR, IN HIS CAPACITY AS
ADMINISTRATOR OF THE ESTATE OF
MICHAEL ST. GEORGE,
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND, AND
ATTORNEY GENERAL FOR THE
COMMONWEALTH OF MASSACHUSETTS,

Civil Action No. 05-187-ML

Defendants.

MEMORANDUM OF LAW IN SUPPORT OF
THE UNITED STATES' MOTION TO DISMISS

The United States of America, improperly named and sued as Treasurer of the United States, hereby submits the following memorandum of law in support of its motion to dismiss.

This matter should be dismissed because the court lacks subject matter jurisdiction. The district courts of the United States are "courts of limited jurisdiction. They possess only that power authorized by Constitution and statute," Exxon Mobil Corp. v. Allapattah Services, Inc. __ S.Ct. __, 2005 WL 1469477 (Jun 23, 2005) (quoting Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 377, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994)).

Plaintiff alleges that subject matter jurisdiction is conferred by 28 U.S.C. § 1335.

However, 28 U.S.C. § 1335 provides jurisdiction for interpleaders only if:

> (a) there is diversity of citizenship (as defined in 28 U.S.C. § 1332) between at least two claimants; and
>
> (b) the funds (of at least $500) is deposited with the Court.

Plaintiff filed a motion with its complaint, seeking to deposit funds with the Court and alleges that there will be funds of at least $500. However, Plaintiff does not meet the requirement that there be diversity of citizenship between at least two claimants, as defined in 28 U.S.C. § 1332.

Diversity of citizenship, under section 1332, requires:

> (1) The matter in controversy must exceed the sum or value of $75,000 and,
>
> (2) Must have citizens of different states.

26 U.S.C. § 1332(a).

The complaint alleges that the amount in controversy is more than $500, but does not allege that it is more than $75,000, therefore, the monetary requirement of section 1332 is not met.

Also, this case does not have at least two claimants who are citizens of different states. Since states are not "citizens" for purposes of 1332, the states of Rhode Island and Massachusetts are not "citizens." See Moor v. Alameda County, 411 U.S. 693, 717 (1973).[1] The Treasurer of

---

[1]States are also not generally amendable to suits for interpleader commenced in the federal courts by private parties. See, e.g., Worcester County Trust co. v. Riley, 302 U.S. 292 (1937).

the United States is not a citizen either.[2] Edward St. George, Jr., as the administrator of the estate of Michael W. St. George, is deemed to be a citizen of the same state for which the decedent is a citizen. 28 U.S.C. § 1332(c)(2). The complaint alleges that the decedent, Michael W. St. George, formerly resided in North Attleboro, Massachusetts. It does not allege, however, that Michael W. St. George was a citizen of Massachusetts. Infinite Prism claims no interest in the funds and therefore is not a claimant. Therefore, there is only one "citizen," and whether Edward St. George, Jr. is deemed to be a citizen of Massachusetts, or any other state, there cannot be diversity of citizenship if he is the only citizen.

[2]The Treasurer of the United States is not even a proper party to this action. The United States, which also has no citizenship for diversity purposes, has not waived its sovereign immunity to be sued in the name of the Treasurer of the United States. Accordingly, to the extent that the action as a whole is not dismissed, the Treasurer of the United States should be dismissed from the action.

Since there is no diversity of citizenship, section 1335 does not confer jurisdiction on this Court. Accordingly, this action should be dismissed for lack of subject matter jurisdiction.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant U.S. Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 12th day of July, 2005:

Paul J. Bogosian, Jr., Esq.
Moore & Bogosian
49 Weybosset Street
Providence, RI 02903

Ronald W. Del Sesto, Esq.
Del Sesto Law Corp.
49 Weybosset Street
Providence, RI 02903

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553