FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRIMS, INC. d/b/a FINE ART METROPOLIS,

Plaintiff

v.

C.A. No.: 05-187-ML

TREASURER OF THE UNITED STATES, EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND, AND ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendants

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANT, UNITED STATES', MOTION TO DISMISS**

NOW COMES Plaintiff, Infinite Prism, d/b/a Fine Art Metropolis, by and through its attorneys pursuant to Local Rule 12(a)(2), and hereby moves that this Honorable Court extend the time for filing an objection to the United States' Motion to Dismiss dated July 12, 2005.

As grounds for the within Motion, counsel, Ronald W. Del Sesto, Esquire, represents that he is presently court excused from July 21, 2005 through July 29, 2005 for the purpose of participating out of state as a Uniform Law Commissioner at the annual National Conference of Commissioners on Uniform State Laws. A copy of the court excusal previously granted by Judge Torres is attached hereto and filed herewith.

Plaintiff requests up to and including August 15, 2005 to file its objection to the pending Motion to Dismiss.

INFINITE PRISM, INC.
d/b/a FINE ART METROPOLIS,
By its Attorneys,

Ronald W. Del Sesto, Esq. #242
49 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1492

Paul J. Bogosian, Jr., Esq. #2233
Moore & Bogosian
49 Weybosset Street
Providence, Rhode Island 02903
(401) 455-2020

CERTIFICATION

I hereby certify that on this 18th day of July, 2005, I mailed a copy of the within, first class mail, postage prepaid, to:

Wendy J. Kisch, Esquire
Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Christine McHurley