UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRISMS, INC. d/b/a FINE ART METROPOLIS,

Plaintiff

v. C.A. No.: 05-187-ML

TREASURER OF THE UNITED STATES, EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND, AND ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendants

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANT, UNITED STATES', MOTION TO DISMISS**

NOW COMES Plaintiff, Infinite Prism, d/b/a Fine Art Metropolis, by and through its attorneys pursuant to Local Rule 12(a)(2), and hereby moves that this Honorable Court extend the time for filing an objection to the United States' Motion to Dismiss dated July 12, 2005.

As grounds for the within Motion, counsel, Ronald W. Del Sesto, Esquire, represents that he is presently court excused from July 21, 2005 through July 29, 2005 for the purpose of participating out of state as a Uniform Law Commissioner at the annual National Conference of Commissioners on Uniform State Laws. A copy of the court excusal previously granted by Judge Torres is attached hereto and filed herewith.

Granted.
Mary M. Lisi USDJ 7/20/05