# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFINITE PRISM, INC D/B/A FINE ART METROPOLIS,**
**Plaintiff**

**v.** **C.A. No. 05-187ML**

**TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,**
**Defendants**

## STIPULATION

It is hereby agreed by and between Plaintiff, Infinite Prism, Inc. d/b/a Fine Art Metropolis and Defendant, PATRICK C. LYNCH, In his Capacity as ATTORNEY GENERAL that the Defendant, PATRICK C. LYNCH, In his Capacity as ATTORNEY GENERAL of the State of Rhode Island, shall have additional days, up to and including August 12, 2005, in which to respond to Plaintiff's Complaint.

Ronald W. Del Sesto, Esq.
Del Sesto Law
49 Weybosset Street
Providence, RI 02903

Sean M. Fontes, Esq.(#6403)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2245
Fax: (401) 222-2995

Enter: Mary M. Lisi
USDJ 7/20/05