JOHN P. POLLIS & ASSOCIATES
ATTORNEYS AT LAW
555 ELM STREET
NORTH ATTLEBOROUGH, MASSACHUSETTS 02760
(508) 695-4446
FACSIMILE (508) 695-4454

JOHN P. POLLIS
jpollislaw@conversent.net

AUSTIN W. MCHOUL
amchoul@conversent.net


June 29, 2005

United States District Court
District Court of Rhode Island
Civil Clerk
One Exchange Terrace
Providence, RI 02903

RE: Infinite Prism, Inc. v. Treasurer of the United States, et al.
Case # 05-187ML

Dear Sir / Madam:

I was recently served with process in the above entitled matter.

I was the Attorney for the Estate of Michael S. George.

The Estate has been closed since April 28, 2005. I enclose a copy of the Judgement of Bristol County Probate and Family Court, Docket No. 04P0201AD.

I am not the person to be served as agent for the closed Estate.

The Administrator of the closed Estate is a resident of Florida.

I will not reopen the Estate for the purpose of Answering the Complaint as I am no longer the Attorney for the closed Estate.

Very truly yours,

John P. Pollis

JPP/jqm
cc; Ronald DelSesto, Esquire
Paul J. Bogosian, Esquire