# COMMONWEALTH OF MASSACHUSETTS
## PROBATE AND FAMILY COURT DEPARTMENT

BRISTOL, SS. BRISTOL DIVISION

Docket No. 04P0201AD

## JUDGMENT

At a Probate Court held at Taunton in and for said County, on the twenty-eighth day of April 2005.

The First and Final Account of Edward St. George administrator of the estate XXXXXXX XXXXXXXX of Michael W. St. George

late of North Attleborough in said County, deceased, having been presented for allowance, and verified by the oath of the accountant and all persons interested having been duly notified

XXXXXXXXXXXXXXXXXXXXXXXXXXXX and no objection being made thereto, and the same having been examined and considered by the Court.

It is ordered that said account be allowed.

................................................ *Judge of Probate Court.*

A True Copy
Attest

Register

3P-8