# IN THE UNITED STATES DISTRICT COURT
## for the District of Rhode Island

Civil Action No. 05-187ML

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS,

Plaintiff,

v.

TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE in his capacity as administrator of the estate of Michael St. George; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; and ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendants.

ANSWER OF THE ATTORNEY GENERAL OF MASSACHUSETTS

Now comes the Attorney General of the Commonwealth of Massachusetts and answers the numbered paragraphs of the Complaint as follows:

1-9. The Attorney General is without knowledge or information sufficient to form a belief as to the allegations of paragraphs 1-10.

10. The allegations in this paragraph do not refer to the Massachusetts Attorney General and therefore do not require an answer; to the extent that such allegations have any bearing on the claims against the Massachusetts Attorney General, he is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. Admitted that the Massachusetts Attorney General enforces the due application of funds given to public charities within Massachusetts pursuant to Mass. G. L. c. 12, § 8. However, the Complaint alleges facts suggesting that: (1) there is no charitable trust or enforceable contract dedicating the funds at issue to any identifiable public charity or purpose; and (2) the funds may therefore be subject to restitution to the estate of Michael St. George. The Massachusetts Attorney General therefore denies the remainder of paragraph 11.

12. The allegations in this paragraph do not refer to the Massachusetts Attorney General and therefore do not require an answer; to the extent that such allegations have any bearing on the claims against the Massachusetts Attorney General, they are denied.

13-15. The Massachusetts Attorney General is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 13-15 of the Complaint. Furthermore, those paragraphs contain characterizations of fact as to an agreement between plaintiff Infinite Prism and Michael St. George, attached as Complaint Exhibit A, to which no answer is required. The Attorney General is without knowledge or information sufficient to form a belief as to whether Exhibit A is a true and accurate copy of said agreement.

16-19. The Massachusetts Attorney General is without knowledge or information sufficient to form a belief as to the allegations of paragraphs 16-19.

20. Paragraph 20 states a prayer for relief to which no response is required.

21. The Massachusetts Attorney General is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21.

22 Paragraph 22 states characterizations of plaintiff's action and conclusions of law to which no response is required.

23. Denied.

24-27. Paragraphs 24-27 state characterizations of plaintiff's action and conclusions of law to which no response is required.

AFFIRMATIVE DEFENSE

Further answering, the Massachusetts Attorney General asserts the following affirmative defense: This Court lacks jurisdiction because this lawsuit against the Massachusetts Attorney General, a state agency of the Commonwealth of Massachusetts, is barred by the Eleventh Amendment to the United States Constitution.

WHEREFORE, the Attorney General prays that this Honorable Court enter a decree:

1. Denying the relief sought in paragraphs 1-4 of plaintiff's requested relief and dismissing the Massachusetts Attorney General for lack of jurisdiction.

THOMAS F. REILLY
ATTORNEY GENERAL

BY: ______________________

Eric Carriker
Assistant Attorney General
Deputy Chief, Public Charities Division
One Ashburton Place, Room 1413
Boston, MA 02108
(617) 727-2200 ext. 2118
(617) 727-2920 (FAX)
BBO # 075820

Dated: July 22, 2005

H:\WPDOCS\DEPCHIEF\Infinite Prism answer.wpd

## CERTIFICATE OF SERVICE

I, Eric Carriker, Assistant Attorney General, do hereby certify that I have caused copies of the attached Answer of the Attorney General of Massachusetts to be served by first class mail, postage pre-paid, upon counsel for the plaintiffs at the following addresses:

Paul J. Bogosian, Jr., Esquire
Moore & Bogosian
49 Weybosset Street
Providence, RI 02903

Ronald W. Del Sesto, Esquire
Del Sesto Law
49 Weybosset Street
Providence, RI 02903

SIGNED UNDER THE PENALTIES OF PERJURY THIS 22d DAY OF JULY, 2005.

Eric Carriker
Assistant Attorney General
Deputy Chief, Public Charities Division
One Ashburton Place, Room 1413
Boston, MA 02108
(617) 727-2200, Ext. 2118
(617) 727-2920 (FAX)
B.B.O. No. 075820