IN THE UNITED STATES DISTRICT COURT
For the District of Rhode Island

Civil Action No.: 05-187ML

| | |
|---|---|
| INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE in his capacity as Administrator of the estate of Michael St. George; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; and ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS, | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

Patrick J. Tarmey hereby enters his appearance on behalf of the defendant, Attorney General for the Commonwealth of Massachusetts.

Thomas F. Reilly
Attorney General

By: [signature]

Patrick J. Tarmey
Assistant Attorney General
Commonwealth of Massachusetts
Trial Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 3387
(617) 854-8195 (FAX)
RI Bar I.D. No.: 4940

Dated: August 12, 2005

CERTIFICATE OF SERVICE

I, Patrick J. Tarmey, Assistant Attorney General, Commonwealth of Massachusetts, do hereby certify that I have caused copies of the attached Notice of Appearance to be served by first class mail, postage pre-paid, upon counsel for the plaintiffs at the following addresses:

Paul J. Bogosian, Jr., Esquire
Moore & Bogosian
49 Weybosset St.
Providence, RI 02903

Ronald W. Del Sesto, Esquire
Del Sesto Law
49 Weybosset St.
Providence, RI 02903

Wendy J. Kisch, Esq.
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Sean M. Fontes, Esq.
150 South Main Street
Providence, RI 02903

John V. Pollis, Esq.
555 Elm Street
North Attleborough, MA 02760

Patrick J. Tarmey