IN THE UNITED STATES DISTRICT COURT
For the District of Rhode Island

Civil Action No.: 05-187ML

RECEIVED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS,

Plaintiff,

v.

TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE in his capacity as Administrator of the estate of Michael St. George; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; and ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendants.

DISCLOSURE AND REQUEST FOR LIMITED WAIVER

1. Patrick J. Tarmey, Local Associate Counsel identified on the Attorney's Certification, has been a member in good standing of the Rhode Island bar and the Federal District Court for the District of Rhode Island for over ten years and is familiar with the Local Rules of the Federal District Court for the District of Rhode Island. However, attorney Tarmey is currently an Assistant Attorney General for the Commonwealth of Massachusetts and, as such, does not maintain a local office in Rhode Island.

2. Local Rule 5 suggests that Local Associate Counsel is required to maintain a Rhode Island office. If this requirement is not waived in this matter, the defendant Thomas F. Reilly, Attorney General, will be required to retain and pay additional counsel in Rhode Island despite attorney Tarmey's experience in and familiarity with the Local Rules of the Federal District Court for the District of Rhode Island.

3. Defendant, Attorney General for the Commonwealth of Massachusetts hereby respectfully requests that any requirement that Local Associate Counsel have an office in Rhode Island be waived for the purposes of this case in order to avoid injustice and great hardship.

Thomas F. Reilly
Attorney General

By: ______________________
Patrick J. Tarmey
Assistant Attorney General
Commonwealth of Massachusetts
Trial Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 3387
(617) 854-8195 (FAX)
RI Bar I.D. No.: 4940

Dated: August 12, 2005

CERTIFICATE OF SERVICE

I, Patrick J. Tarmey, Assistant Attorney General, Commonwealth of Massachusetts, do hereby certify that I have caused copies of the attached Disclosure and Request for Limited Waiver to be served by first class mail, postage pre-paid, upon counsel for the plaintiffs at the following addresses:

Paul J. Bogosian, Jr., Esquire
Moore & Bogosian
49 Weybosset St.
Providence, RI 02903

Ronald W. Del Sesto, Esquire
Del Sesto Law
49 Weybosset St.
Providence, RI 02903

Wendy J. Kisch, Esq.
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Sean M. Fontes, Esq.
150 South Main Street
Providence, RI 02903

John V. Pollis, Esq.
555 Elm Street
North Attleborough, MA 02760

______________________