# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **INFINITE PRISM, INC D/B/A FINE ART METROPOLIS,** **Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-187ML** |
| **TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,** **Defendants** | : | |

## ANSWER OF DEFENDANT, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND

Defendant, State of Rhode Island, Hereby Answers Plaintiff's Complaint For Statutory Interpleader In This Civil Action As Follows:

## INTRODUCTION

Paragraphs one (1) through seven (7), on page one (1) and two (2) of Plaintiff's Complaint, are introductory in nature and, therefore, no responsive pleading is required thereto; if deemed required, Defendant has no knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

**PARTIES**

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

10. Admitted as to the Attorney General for the state of Rhode Island and Providence Plantations being charged with enforcing the rights and interests of assets dedicated to public charities located in Rhode Island and should funds or a portion of the funds escheat to the public interest, the Attorney General of Rhode Island will have an interest in enforcing the State's right to the funds. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

11. This Paragraph does not pertain to the answering Defendant and, therefore, no responsive pleading is required thereto; if deemed required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

12. This Paragraph does not pertain to the answering Defendant and, therefore, no responsive pleading is required thereto; if deemed required, Defendant is without knowledge or information sufficient to form a belief as to the truth of

the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

**SUMMARY OF ADVERSE CLAIMS**

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

18. This Paragraph does not pertain to the answering Defendant and, therefore, no responsive pleading is required thereto; if deemed required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

**COUNT ONE**

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

20. This Paragraph alleges a legal conclusion as to which no responsive pleading is required; if deemed required, Defendant denies the allegations of this Paragraph and leaves Plaintiff to his proof thereof.

**COUNT TWO**

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.

24. This Paragraph alleges a legal conclusion as to which no responsive pleading is required; if deemed required, Defendant denies the allegations of this Paragraph and leaves Plaintiff to his proof thereof.

**COUNT THREE**

25. This Paragraph alleges a legal conclusion as to which no responsive pleading is required; if deemed required, Defendant denies the allegations of this Paragraph and leaves Plaintiff to his proof thereof.

**COUNT FOUR**

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, the allegations are denied and Plaintiff is left to his proof thereof.
27. This Paragraph alleges a legal conclusion as to which no responsive pleading is required; if deemed required, Defendant denies the allegations of this Paragraph and leaves Plaintiff to his proof thereof.

**WHEREFORE,** Defendant respectfully requests that this Court deny the relief sought by Plaintiff to the extent that it does not request this Court to determine the interest of all parties, and to grant such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Sean M. Fontes, Esq.
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel: (401) 274-4400 ext. 2245
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, on this 31st day of August, 2005, to Ronald W. Del Sesto, Esq. 49 Weybosset Street, Providence, R.I. 02903, Wendy J. Kisch, Esq., PO Box 55, Ben Franklin State, Washington, DC 20044, Eric Carriker, Esq., One Ashburton Place, Room 1413, Boston, MA 02108, and John P. Pollis, Esq., 555 Elm Street, North Attleborough, MA 02760.

Adrienne Roy