IN THE UNITED STATES DISTRICT COURT
For the District of Rhode Island

Civil Action No.: 05-187ML

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS,

Plaintiff,

v.

TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE in his capacity as Administrator of the estate of Michael St. George; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; and ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendants.

FILED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
PRO HACE VICE

Defendant, Attorney General for the Commonwealth of Massachusetts, hereby moves that Eric Carriker be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which Eric Carriker specializes: Massachusetts charities law.

2. Defendant's counsel's long-standing representation of the client, Thomas F. Reilly, Attorney General, in charities law matters.

3. The case involves complex legal questions under the law of a foreign jurisdiction with which defendant's counsel is familiar, specifically: Massachusetts charities law.

Thomas F. Reilly
Attorney General

By: [signature]

Patrick J. Tarmey
Assistant Attorney General,
Commonwealth of Massachusetts
Trial Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 3387
(617) 854-8195 (FAX)
RI Bar I.D. No.: 4940

Dated: August 12, 2005

CERTIFICATE OF SERVICE

I, Patrick J. Tarmey, Assistant Attorney General, Commonwealth of Massachusetts, do hereby certify that I have caused copies of the attached Motion for Entry of Appearance Pro Hac Vice and Attorney's Certification for Pro Hac Vice Admission to be served by first class mail, postage pre-paid, upon counsel for the plaintiffs at the following addresses:

Paul J. Bogosian, Jr., Esquire
Moore & Bogosian
49 Weybosset St.
Providence, RI 02903

Ronald W. Del Sesto, Esquire
Del Sesto Law
49 Weybosset St.
Providence, RI 02903

Wendy J. Kisch, Esq.
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Sean M. Fontes, Esq.
150 South Main Street
Providence, RI 02903

John V. Pollis, Esq.
555 Elm Street
North Attleborough, MA 02760

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) District of Massachusetts; First Circuit Court of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case. (Please see attached Disclosure and Request for Limited Waiver)

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Name: Eric Carriker | Local Associate Counsel: Patrick J. Tarmey |
| | R.I. Bar ID #: 4940 |
| Firm Name: Commonwealth of Massachusetts, Office of Attorney General | Firm Name: Commonwealth of Massachusetts Office of Attorney General |
| Business Address: One Ashburton Place, Boston, MA 02108 | Business Address: One Ashburton Place, Boston, MA 02108 |
| Tel. #: 617-727-2200 ext. 2118 Fax #: 617-727-2920 | Tel. #: 617727-2200 ext.3387 Fax #: 617-854-8195 |

**Order :** This motion is hereby Granted.

Mary M. Lisi
U.S. District Judge
Date: 9/7/05

pro hac vice motion (rev.3/05)