UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRIMS, INC. d/b/a FINE ART METROPOLIS,
Plaintiff

v. C.A. No.: 05-187-ML

TREASURER OF THE UNITED STATES, EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND, AND ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,
Defendants

**STIPULATION APPROVING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT**

By agreement of the parties, Plaintiff's Motion to File Amended Complaint dated August 11, 2005 may be granted. Defendants, Treasurer of the United States, Attorney General of the State of Rhode Island and Attorney General for the Commonwealth of Massachusetts shall have sixty (60) days from and after the date of filing hereof to plead or otherwise defend to Plaintiff's Amended Complaint.

Enter: Mary M. Lisi USDJ 10/4/05

PLAINTIFF
Infinite Prism, Inc. d/b/a
Fine Art Metropolis

Paul J. Bogosian, Jr. , Esquire, #2233
MOORE & BOGOSIAN
49 Weybosset Street
Providence, RI 02903
Telephone (401) 455-2020
Fax (401) 455-2022

DEFENDANTS
Attorney General for the
State of Rhode Island

Sean M. Fontes, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Telephone (401) 274-4400 ext. 2245
Fax (401) 222-2995

U.S. Department of Justice
Tax Division

Ronald W. DelSesto, Esquire #242
DEL SESTO LAW CORPORATION
49 Weybosset Street
Providence, RI 02903
Voice (401) 421-1492
Fax (401) 421-9080
Email: Litigation@inRI.net

Wendy J. Kisch, Esquire
Trial Attorney, Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-6553

Attorney General for the
Commonwealth of Massachusetts

Eric Carriker, Esquire
Assistant Attorney General
Deputy Chief,
Public Charities Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 2118
(617) 727-2920 (fax)

Patrick J. Tarmey, Esquire
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 3387
(617) 854-8195
R.I. Bar I.D. No.: 4940

Ronald W. DelSesto, Esquire #242
DEL SESTO LAW CORPORATION
49 Weybosset Street
Providence, RI 02903
Voice (401) 421-1492
Fax (401) 421-9080
Email: Litigation@inRI.net

U.S. Department of Justice
Tax Division

Wendy J. Kisch, Esquire
Trial Attorney, Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-6553

Attorney General for the
Commonwealth of Massachusetts

Eric Carriker, Esquire
Assistant Attorney General
Deputy Chief,
Public Charities Division
One Ashburton Place, Room 1413
Boston, MA 02108
(617) 727-2200 ext. 2118
(617) 727-2920 (fax)

U.S. Department of Justice
Tax Division

Ronald W. DelSesto

Ronald W. DelSesto, Esquire #242
DEL SESTO LAW CORPORATION
49 Weybosset Street
Providence, RI 02903
Voice (401) 421-1492
Fax (401) 421-9080
Email: Litigation@inRI.net

Wendy J. Kisch, Esquire
Trial Attorney, Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-6553

Attorney General for the
Commonwealth of Massachusetts

Eric Carriker, Esquire
Assistant Attorney General
Deputy Chief,
Public Charities Division
One Ashburton Place, Room 1413
Boston, MA 02108
(617) 727-2200 ext. 2118
(617) 727-2920 (fax)