UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRISM, INC. D/b/a/ FINE ART METROPOLIS,

Plaintiff,

V.

TREASURER OF THE UNITED STATES,
EDWARD ST. GEORGE, JR, INDIVIDUALLY,
JOAN P. ST. GEORGE
ANNE E. ST. GEORGE
EDWARD ST. GEORGE, III
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND, AND
ATTORNEY GENERAL FOR THE
COMMONWEALTH OF MASSACHUSETTS,

Civil Action No. 05-187-ML

Defendants.

**UNITED STATES' REQUEST FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

The United States of America, pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure, requests an enlargement of time, from October 31, 2005 to and including, December 15, 2005, in which to serve its answer, or such other response to the complaint as may be permitted under the Federal Rules of Civil Procedure.

In support of this request,[1/] the United States, by its undersigned attorney, states that the

[1/] The defendant seeks this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or without motion,." i.e.,* by a timely "request." In contrast, an enlargement sought "*after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."* Thus, this timely request is properly distinguished from a motion, and, we submit, is exempt from any requirement to file a separate memorandum and that the Court need not await

additional time is needed in order to prepare the defense of the above-titled action and represents to the Court the following:

1. Plaintiff filed its initial complaint on May 3, 2005.

2. On July 13, 2005, the United States filed a motion to dismiss the complaint based on lack of jurisdiction.

3. On October 12, 2005, the Plaintiff filed an amended complaint, adding new defendants, which appears to invoke statutory interpleader created diversity jurisdiction.

4. The United States' response to the Plaintiff's amended complaint is due on October 31, 2005.

5. The attorneys for the United States initially believed that there would likely be an estate tax at issue in this case and the case was assigned to the Tax Division of the Department of Justice. The United States has now received information that suggests that there will not be an estate tax issue in this case.

6. The United States still has a claim to the funds at issue in this suit as beneficiary to the contract at issue in this case.

7. Since the United States' claim is as a beneficiary to a contract, rather than through a tax liability, the Tax Division of the U.S. Department of Justice does not have jurisdiction over this matter. Instead, the Civil Division is the division within the U.S. Department of Justice with jurisdiciton. Therefore, this case is being transferred to the Civil Division.

---

opposition or concurrence from other parties prior to acting upon this request.

8. Because a new attorney must be assigned and then become familiar with this case, the United States respectfully requests an additional 45 days for the United States to answer or otherwise respond to the Amended Complaint.

WHEREFORE, the United States requests that this Court enlarge the time of the United States in which to serve an answer or otherwise respond to the complaint up to and including December 15, 2005.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant U.S. Attorney

Wendy J. Kisch by ACD

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 26th day of October, 2005:

Paul J. Bogosian, Jr., Esq.
Moore & Bogosian
49 Weybosset Street
Providence, RI 02903

Ronald W. Del Sesto, Esq.
Del Sesto Law Corp.
49 Weybosset Street
Providence, RI 02903