RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INFINITE PRISM, INC. D/b/a/ FINE ART METROPOLIS,

Plaintiff,

V.

TREASURER OF THE UNITED STATES,
EDWARD ST. GEORGE, JR, INDIVIDUALLY,
JOAN P. ST. GEORGE
ANNE E. ST. GEORGE
EDWARD ST. GEORGE, III
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND, AND
ATTORNEY GENERAL FOR THE
COMMONWEALTH OF MASSACHUSETTS,

Defendants.

Civil Action No. 05-187-ML

**WITHDRAWAL OF UNITED STATES' MOTION TO DISMISS**

In light of the filing of the amended complaint, the United States of America hereby withdraws its Motion to Dismiss, filed on July 13, 2005 (Docket No. 11).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant U.S. Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov

Enter:
Mary M. Lisi
US DJ 10/31/05

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 28th day of October, 2005:

Paul J. Bogosian, Jr., Esq.
Moore & Bogosian
49 Weybosset Street
Providence, RI 02903

Ronald W. Del Sesto, Esq.
Del Sesto Law Corp.
49 Weybosset Street
Providence, RI 02903

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553