UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **INFINITE PRISM, INC., D/B/A FINE ART METROPOLIS**<br><br>Plaintiff/Petitioner | Hearing Date:<br><br>CAUSE NO.<br>**05-187ML** |
| VS.<br>**TREASURER OF THE UNITED STATES; ET AL.,**<br><br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR STATUTORY INTERPLEADER; AMENDED MOTION FOR STATUTORY LEAVE TO IRREVOCABLY ASSIGN CONTRACT RIGHTS TO FUTURE REVENUES INTO THE REGISTRY OF THE COURT PURSUANT TO FED. R. CIV. P. 67 AND 28 U.S.C. S 1335 (A) (2)** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **18th day of October, 2005, at 11:57 AM**, at the address of **14116 NIGHTHAWK Terrace , BRADENTON, Manatee County, FL** ; this affiant served the above described documents upon **ANNE E. ST. GEORGE**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ANNE E. ST. GEORGE,** , person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of FLA. that the statement above is true and correct.

**James W. Manion, Reg. # 0246, 12th Circuit of FLA**

SUBSCRIBED AND SWORN to before me this 19th day of October, 2005.

LESLIE BROWN MY COMMISSION EXPIRES October 21, 2009 #DD 443052 Bonded thru Notary Public Underwriters NOTARY PUBLIC, STATE OF FLORIDA

NOTARY PUBLIC in and for the State of **Florida**

ABC's Client Name
**PFI MISC D**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3786572**

Ronald W. Del Sesto
Law Corporation
Del Sesto-Hall's Building
49 Weybosset Street
Providence, RI 02903

*Voice:* *401.421.1492*
*Toll Free:* *800.303.1492*
*Telefax:* *401.421.9080*
*E-mail: Litigation@in-RI.net*

Del Sesto
Law

**Tuesday, October 11, 2005**

3786572

***Via DHL***

**Process Service Department**
**PFI**
**910 Fifth Avenue**
**Seattle, WA 98104**

---

**Re: Interim Prism, Inc.**
**d/b/a Fine Art Metropolis**
**vs.**
**Edward St. George, Jr., in his**
**Capacity as Administrator of the**
**Estate of Michael W. St. George;**
**Attorney General for the State of Rhode Island;**
**Attorney General for the Commonwealth**
**of Massachusetts; and**
**Treasurer of the United States**
***United States District Court***
***Civil Action No. 05-187ML***

**Sirs:**

**In the above-entitled matter, enclosed are Summonses, with attached copies of the Amended Complaint and Amended Motion for Statutory Leave to Irrevocably Assign Contract Rights to Future Revenues into the Registry of the Court, pursuant to Fed.R.Civ.P. 67 and 28 U.S.C. §1335(a)(2), for service on the following:**

**(1) Edward St. George, Jr., 7718 Holliday Drive, Springhill, Florida;**
**(2) Joan St. George, 7718 Holliday Drive, Springhill, Florida;**
**(3) Anne E. St. George, 14116 Nighthawk Terrace, Bradenton, Florida; and**
**(4) Edward St. George, III, 44207 Cessna Lane, Ashburn, VA.**

Ck# 7047
$75.00

**Also enclosed is our check for $300 in payment for service upon these four individuals.**

**Please contact me if anything further is required.**

**Very truly yours,**

**jms**
**Enclosures**
**cc: Mr. Robert A. Schattle**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS

## SUMMONS IN A CIVIL CASE

V.

TREASURER OF THE UNITED STATES;
EDWARD ST. GEORGE, JR., INDIVIDUALLY;
JOAN P. ST. GEORGE;
ANNE E. ST. GEORGE;
EDWARD ST. GEORGE, III;
ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND! AND
ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS

CASE NUMBER: 05-187ML

TO: (Name and address of Defendant)

Anne E. St. George
14116 Nighthawk Terrace
Bradenton, FL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul J. Bogosian, Jr., Esq.
Moore & Bogosian
49 Weybosset Street
Providence, RI 02903

Ronald W. Del Sesto, Esq.
Del Sesto Law
49 Weybosset Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK