UNITED STATES DISTRICT COURT
For The District of Rhode Island

Civil Action No. 05-187ML

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS, Plaintiff

VS

TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE, JR., INDIVIDUALLY; JOAN P. ST. GEORGE; ANNE E. ST. GEORGE; EDWARD ST. GEORGE, III; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; and ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS, Defendants

**ENTRY OF APPEARANCE**

We, Rajaram Suryanarayan and Thomas J. Cronin, hereby enter our appearance for defendants, Edward St. George, Jr.; Joan P. St. George, and Anne E. St. George, in the above matter.

Rajaram Suryanarayan (#4451)
Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Paul Bogosian, Jr., Esq., Moore & Bogosian, 49 Weybosset Street, Providence, RI 02903 and Ronald W. DelSesto, 49 Weybosset Street, Providence, RI 02903, on this 8th day of November, 2005.

John G. Fernald