**IN THE UNITED STATES DISTRICT COURT**
**for the District of Rhode Island**

**INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS**

**Plaintiffs**

**vs.** **Civil Action No. 05-187ML**

**TREASURER OF THE UNITED STATES;**
**EDWARD ST. GEORGE, JR., INDIVIDUALLY**
**JOHN P. ST. GEORGE**
**ANNE E. ST. GEORGE**
**EDWARD ST. GEORGE, III**
**ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND**
**ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS**

**Defendants**

## Amended Motion to Withdraw

**Now comes Ronald W. Del Sesto and Paul J. Bogosian, Esq., attorneys for the Plaintiff, and hereby move to withdraw as its counsel.**

**/s/Paul J. Bogosian, Jr.**
**Paul J. Bogosian, Jr., Esq.**
**RI Bar #2233**
**49 Weybosset Street**
**Providence, RI 02903**
**Voice 401.455,2020**
**Fax 401.455.2022**

**/s/Ronald W. Del Sesto**
**Ronald W. Del Sesto, Esq.**
**RI Bar #242**
**49 Weybosset Street**
**Providence, RI 02903**
**Voice 401.421.1492**
**Fax 401.421.9080**
**E-mail:** ***Litigation@in-RI.net***

**Dated: November 13, 2006**

IN THE UNITED STATES DISTRICT COURT
for the District of Rhode Island

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS

Plaintiffs

vs. Civil Action No. 05-187ML

TREASURER OF THE UNITED STATES;
EDWARD ST. GEORGE, JR., INDIVIDUALLY
JOHN P. ST. GEORGE
ANNE E. ST. GEORGE
EDWARD ST. GEORGE, III
ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND
ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS

Defendants

# AFFIDAVIT OF NOTICE AND OF NON-MILITARY SERVICE

I, Ronald W. Del Sesto, upon oath, depose and state as follows:

1. I sent a copy of the Attorneys' Motion to Withdraw to Infinite Prism, Inc., d/b/a/ Fine Art Metropolis on November 13, 2006, by certified mail and by prepaid, first-class United States mail to its last known address:

119 Plain Road
North Kingstown, RI 02852

2. The United States Postal Service receipt of mailing is attached.

3. Robert A. Schattle, president of Infinite Prism, Inc., d/b/a/ Fine Art Metropolis, is a civilian and is not a member of the armed forces of the United States as defined in the Soldiers and Sailors Civil Relief Act, 50 USC App. 501-590.

4. I wrote to Mr. Schattle that there is a chamber's conference scheduled for January 31, 2007, at 9:30 a.m.

**5. I told Mr. Schattle in writing that his delay in retaining a successor attorney(s) would not be grounds for seeking a delay in these court proceedings.**

Ronald W Del Sesto

***State of Rhode Island***
***County of Providence***

**In Providence on the 13th day of November, 2006, before me personally appeared Ronald W. Del Sesto, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument, by him so executed, to be his free act and deed.**

**Notary Public #16037**
**Expires 8/27/09**

**CERTIFICATE OF SERVICE**

**I hereby certify that copies of the within were sent on November 13, 2006, via electronic means to the following attorneys of record: (i) Sean M. Fontes, Esq.; (ii) Thomas J. Cronin, Esq., (iii) Anthony C. DiGioia, Esq., (iv) Rajaram Suryanarayan, Esq., and (v) Patrick J. Tarmey, Esq., and by regular mail to (i) Eric Carriker, Esq., One Ashburton Place, Room 1413, Boston, MA 02108; (ii) Wendy J. Kisch, Esq., PO Box 55, Ben Franklin Station, Washington, DC 20044, and (iii) Denzil D. McKenzie, Esq., McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108.**

**Additionally, a copy was sent via certified mail and regular mail to the plaintiff-corporation at c/o Robert A. Schattle, 119 Plain Road, North Kingstown, RI 02852.**

Ronald W Del Sesto



Del Sesto
Law

RECEIPT
7195 6234 8190 0000 1992

FROM:
Del Sesto Law
RE: Schattle

SEND TO:
Mr. Robert A. Schattle
Fine Art Metropolis
119 Plain Road
02852 RI

NOV 13 2006

FEES:

| | |
|---|---|
| Postage | 0.39 63 |
| Certified Fee | 2.40 |
| Special Restricted Receipt | 1.85 |
| TOTAL | ~~$ 4.64~~ 4.88 |

POSTMARK OR DATE