IN THE UNITED STATES DISTRICT COURT
for the District of Rhode Island

INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS

Plaintiffs

vs. Civil Action No. 05-187ML

TREASURER OF THE UNITED STATES;
EDWARD ST. GEORGE, JR., INDIVIDUALLY
JOHN P. ST. GEORGE
ANNE E. ST. GEORGE
EDWARD ST. GEORGE, III
ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND
ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS

Defendants

# AFFIDAVIT OF NOTICE AND OF NON-MILITARY SERVICE

I, Ronald W. Del Sesto, upon oath, depose and state as follows:

1. I sent a copy of the Notice of Hearing on Attorneys' Motion to Withdraw to Infinite Prism, Inc., d/b/a/ Fine Art Metropolis on December 5 2006, by certified mail and by prepaid, first-class United States mail to its last known address:

119 Plain Road
North Kingstown, RI 02852

2. The United States Postal Service receipt of mailing is attached, together with Infinite Prism, Inc.'s acknowledgment of receipt.

3. Robert A. Schattle, president of Infinite Prism, Inc., d/b/a/ Fine Art Metropolis, is a civilian and is not a member of the armed forces of the United States as defined in the Soldiers and Sailors Civil Relief Act, 50 USC App. 501-590.

[signature]

Del Sesto
Law

*State of Rhode Island*
*County of Providence*

**In Providence on the 18thday of December, 2006, before me personally appeared Ronald W. Del Sesto, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument, by him so executed, to be his free act and deed.**

**Notary Public #16037**
**Expires 8/27/09**

**CERTIFICATE OF SERVICE**

**I hereby certify that copies of the within Affidavit sent on December 18, 2006, via electronic means to the following attorneys of record: (i) Sean M. Fontes, Esq.; (ii) Thomas J. Cronin, Esq., (iii) Anthony C. DiGioia, Esq., (iv) Rajaram Suryanarayan, Esq., and (v) Patrick J. Tarmey, Esq., and by regular mail to (i) Eric Carriker, Esq., One Ashburton Place, Room 1413, Boston, MA 02108; (ii) Wendy J. Kisch, Esq., PO Box 55, Ben Franklin Station, Washington, DC 20044, and (iii) Denzil D. McKenzie, Esq., McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108.**

**Additionally, a copy was sent by regular mail to the plaintiff-corporation at c/o Robert A. Schattle, 119 Plain Road, North Kingstown, RI 02852.**

RECEIPT
7195 6234 8190 0000 2036

FROM:
Del Sesto Law
RE:

SEND TO:
Mr. Robert A. Schattle
Fine Art Metropolis
119 Plain Road
North Kingstown RI 02852

FEES:
Postage 0.39
Certified Fee 2.40
Special
Restricted
Return Receipt 1.85
$ 4.64

POSTMARK OR DATE

DEL SESTO LAW
49 WEYBOSSET STREET
PROVIDENCE, RI 02903

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type
**CERTIFIED**

2. Article Number
7195 6234 8190 0000 2036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X Robert Schattle

B. Received By: (Please Print Clearly)
Robert Schattle

C. Date of Delivery

D. Addressee's Address *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

7195 6234 8190 0000 2036

1. Article Addressed To:

MR. ROBERT A. SCHATTLE
FINE ART METROPOLIS
119 PLAIN ROAD
NORTH KINGSTOWN RI 02852

## Search Results

Label/Receipt Number: **7195 6234 8190 0000 2036**
Detailed Results:

- **Delivered, December 11, 2006, 1:05 pm, NORTH KINGSTOWN, RI 02852**
- **Notice Left, December 07, 2006, 5:22 pm, NORTH KINGSTOWN, RI 02852**
- **Acceptance, December 06, 2006, 9:36 am, PROVIDENCE, RI 02903**

< Back

Return to USPS.com Home >