**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **INFINITE PRISM, INC D/B/A FINE ART METROPOLIS,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-187ML** |
| | : | |
| **TREASURER OF THE UNITED STATES; EDWARD ST. GEORGE, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL ST. GEORGE; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,** | : | |
| **Defendants** | | |

**ENTRY OF APPEARANCE**

I, Adam J. Sholes, Special Assistant Attorney General, do hereby enter my appearance on behalf of the Defendant, State of Rhode Island.

STATE OF RHODE ISLAND
By its Attorney

PATRICK LYNCH
ATTORNEY GENERAL

/s/ Adam J. Sholes
Adam J. Sholes, #7204
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel (401) 274-4400, ext. 2219
Fax (401) 222-3016

CERTIFICATION

I hereby certify that a true copy of the foregoing was served on the 29th day of January, 2007 by electronic mail (ECF) to Thomas J. Cronin, tcronin@gunninglafazia.com, Ronald W. Del Sesto, litigation@in-ri.net, Anthony C. DiGioia, Anthony.digioia@usdoj.gov, Denzil D. McKenzie, dmckenzie@mckenzielawpc.com, Rajaram Suryanaraya, rsury@gunninglafazia.com, Patrick J. Tarmey, Patrick.tarmey@ago.state.ma.us, and by first class mail, postage prepaid to the following attorneys of record:

Paul John Bogosian, Jr.
Moore & Bogosian
49 Weybosset St., 4th Floor
Providence, RI 02903

Eric Carriker
Attorney General
Public Charities Division
One Ashburton Place, Room 1413
Boston, MA 02108

Wendy J. Kisch
U.S. Department of Justice
Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044

John P. Pollis, Esq.
555 Elm Street
North Attleborough, MA 02760.

/s/ Adam J. Sholes