**IN THE UNITED STATES DISTRICT COURT**
**for the District of Rhode Island**

**INFINITE PRISM, INC. d/b/a FINE ART METROPOLIS**

**vs.** **Civil Action No. 05-187ML**

**TREASURER OF THE UNITED STATES;**
**EDWARD ST. GEORGE, JR., INDIVIDUALLY**
**JOHN P. ST. GEORGE**
**ANNE E. ST. GEORGE**
**EDWARD ST. GEORGE, III**
**ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; AND**
**ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS**

## Order

The above matter came on for hearing before Lisi, J., on January 31, 2007. After hearing, it is hereby

## Ordered

(1) That the Motion to Withdraw as attorneys for the plaintiff by Ronald W. Del Sesto, Esq., and Paul J. Bogosian, Esq., is granted; and

(2) Upon agreement of the parties, the within matter is dismissed without prejudice.

Entered as an Order of this Honorable Court as of January 31, 2007.

**Enter:** **Per Order:**

Mary M. Lisi 2/6/07 Barbara Barletta

**MARY M. LISI** **Deputy Clerk**
**Chief U.S. District Judge**